*Leave to Appeal Denied September 1, 2015:*

PEOPLE V JANISH, No. 151834; Court of Appeals No. 325858.

*Reconsideration Denied September 4, 2015:*

*In re* BEELER/HALL, No. 151062; Court of Appeals No. 321648. Leave to appeal denied at 497 Mich 976.

*In re* NORFLEET/WINBUSH-BEY/NEWTON-BEY/NORFLEET-BEY, No. 151732; Court of Appeals No. 323110. Leave to appeal denied at 498 Mich 863.

*In re* NORFLEET/WINBUSH-BEY/NEWTON-BEY/NORFLEET-BEY, No.151734; Court of Appeals No. 323116. Leave to appeal denied at 498 Mich 863.

*Leave to Appeal Denied September 4, 2015:*

*In re* KRS, No. 152019; Court of Appeals No. 325134.

*Summary Disposition September 9, 2015:*

PEOPLE V LAWRENCE GIBBS, No. 151070; Court of Appeals No. 315652. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration of the defendant's issue regarding the Ingham Circuit Court's assessment of court costs, which the Court of Appeals did not address during its initial review of the case. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY V MICHIGAN MUNICIPAL RISK MANAGEMENT AUTHORITY, No. 151350; Court of Appeals No. 319710. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the judgment of the Court of Appeals, and we remand this case to the Court of Appeals for reconsideration of the issue of whether the insurance policy issued by QBE Insurance Corporation can be voided *ab initio*. On remand, the Court of Appeals shall hold this case in abeyance pending its decision in *Bazzi v Sentinel Ins Co* (Court of Appeals Docket No. 320518). After *Bazzi* is decided, the Court of Appeals shall reconsider this issue in light of *Bazzi*. In all other respects, the application for leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court.

*Leave to Appeal Denied September 9, 2015:*

KINCAID V CROSKEY, Nos. 148412 and 148413; Court of Appeals Nos. 310148 and 311857.